to appeal to the Court of Appeals denied, with $10 costs. Motion for leave to appeal to the Court of Appeals denied, with $10 costs. Concur — Botein, P. J., Breitel, Rabin, McNally and Eager, JJ.

■ MARINE MIDLAND TRUST COMPANY OF NEW YORK, as Successor Trustee under Indenture of Mortgage, v. FORTY WALL STREET CORPORATION et al.— Motion for reargument denied, with $10 costs. Concur — Botein, P. J., Breitel, McNally, Stevens and Steuer, JJ.

■ STANFRANK, INC., v. JAY L. LEVINE.— Application denied, with $10 costs. Concur — Botein, P. J., Breitel, Stevens, Eager and Bergan, JJ.

■ JOSEPH SHAID et al., v. NATHAN MELTZER.— Application denied, with $10 costs. The stay contained in the order to show cause, dated May 5, 1961, is vacated. Concur — Botein, P. J., Breitel, Stevens, Eager and Bergan, JJ.

■ IKEPERL COMPANY, INC. (Formerly Known as OCEANIC CHEMICAL COMPANY, INC.), v. HARRY ISRAEL.— Application denied, with $10 costs. Concur — Botein, P. J., Breitel, Stevens, Eager and Bergan, JJ.

■ MICHAEL LESSIN v. DIRECT DELIVERY SERVICE et al.— Motion for resettlement denied, with $10 costs. Concur — Botein, P. J., Breitel, Stevens, Eager and Bergan, JJ.

■ In the Matter of JOSEPH S. RICH, Deceased. FRIEND L. TUTTLE, GEORGE DINES et al.— Motion for reargument denied, with $10 costs. Concur — Botein, P. J., Rabin, Valente, Stevens, and Eager, JJ.

■ RICHARD J. O'CONNELL, JR., et al. v. PIERTON REALTY, INC., et al.— Motion to dismiss appeal granted, with $10 costs, unless the appellant procures the record on appeal and appellant's points to be served and filed on or before August 15, 1961, with notice of argument for the September 1961 Term of this court, said appeal to be argued or submitted when reached. Concur — Botein, P. J., Breitel, Stevens, Eager and Bergan, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK v. EVA JOHNSON.— Motion to dismiss appeal granted, unless the appellant procures the record on appeal and appellant's points to be served and filed on or before August 15, 1961, with notice of argument for the September 1961 Term of this court, said appeal to be argued or submitted when reached. Concur — Botein, P. J., Breitel, Stevens, Eager and Bergan, JJ.

■ NEUSS, HESSLEIN & CO. v. 380 CANAL ST. REALTY CORP. 380 CANAL ST. REALTY CORP. v. MURRAY A. BEDERSON.— Motion to dismiss appeal granted, with $10 costs, unless the appellant procures the record on appeal and appellant's points to be served and filed on or before August 15, 1961, with notice of argument for the September 1961 Term of this court, said appeal to be argued or submitted when reached. Concur — Botein, P. J., Breitel, Stevens, Eager and Bergan, JJ.

## (May 25, 1961)

■ JOSEPH R. WOLFSON et al., Respondents, v. ARNOLD A. MANDELL et al., Appellants.

APPEAL from an order of the Supreme Court at Special Term, entered December 30, 1960, in New York County, which denied a motion by defendants for summary judgment under rule 113 of the Rules of Civil Practice.

*Per Curiam.* The plaintiffs in their complaint allege a contract with one Al Lemos "granting the plaintiffs the exclusive right for the promotion, distribution and sale of a certain pencil model epilator manufactured by said Lemos, commencing on or about October 3rd, 1958 and continuing until March 31, 1970 with the right to renew the same, as more fully set forth in the most